# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GUILLERMO TRUJILLO CRUZ,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>R. LEYVA,<br><br>　　　　Defendant. | 1:17-cv-01549 DAD SKO (PC)<br><br>ORDER GRANTING PLAINTIFF'S MOTION TO EXTEND TIME TO FILE OBJECTIONS NUNC PRO TUNC<br><br>(Docs. 16, 17) |

　　　Plaintiff is a prisoner proceeding *pro se* in a civil rights action pursuant to 42 U.S.C. § 1983. On February 9, 2018, Plaintiff filed a motion (Doc. 16) to extend time to file objections to findings and recommendations that issued on January 18, 2018 (Doc. 13) to deny his *in forma pauperis* application. Plaintiff's objections were received by the Court and filed on February 12, 2018.

　　　Accordingly, IT IS HEREBY ORDERED that Plaintiff's motion for an extension of time to file objections to the findings and recommendations to deny his *in forma pauperis* application is granted nunc pro tunc.

IT IS SO ORDERED.

Dated: **February 15, 2018**　　　　　　　/s/ *Sheila K. Oberto*
　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1