# UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GUILLERMO TRUJILLO CRUZ, | **Case No. 1:17-cv-01549-DAD-SKO (PC)** |
| Plaintiff, | |
| v. | **ORDER GRANTING PLAINTIFF'S MOTION FOR COPY OF COMPLAINT** |
| R. LEYVA, | **(Doc. 14)** |
| Defendant. | |

Plaintiff, Guillermo Trujillo Cruz, is a state prisoner proceeding *pro se* in this civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff filed the complaint in this action on November 20, 2017. (Doc. 1.) On February 9, 2018, Plaintiff filed a motion requesting a copy of the complaint he filed in this action as his copy was ripped into pieces by custody staff during a cell search. (Doc. 14.) Plaintiff states that this is a one-time request.

Accordingly, it is HEREBY ORDERED that Plaintiff's motion for a copy of the complaint, filed on February 9, 2018 (Doc. 14) is GRANTED; the Clerk's Office is directed to send Plaintiff a copy of the complaint (Doc. 1), filed on November 20, 2017.

IT IS SO ORDERED.

Dated: __**June 18, 2018**__         _____ /s/ *Sheila K. Oberto* _____
                                        UNITED STATES MAGISTRATE JUDGE