UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GUILLERMO TRUJILLO CRUZ,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>R. LEYVA,<br><br>　　　　Defendant. | No. 1:17-cv-01549-DAD-SKO<br><br>ORDER DISMISSING ACTION WITHOUT PREJUDICE<br><br>(Doc. No. 11) |

Plaintiff Guillermo Trujillo Cruz is a state prisoner proceeding *pro se* in this civil rights action brought pursuant to 42 U.S.C. § 1983. On April 10, 2018, the court denied plaintiff's motion to proceed *in forma pauperis* and directed plaintiff to pay in full the required $400.00 filing fee for this action within twenty-one from the service of that order. (Doc. No. 20.) To date, plaintiff has not paid the filing fee, and the time in which to do so has now passed.

Accordingly,

1. This action is dismissed without prejudice to refiling in the event plaintiff pays the required filing fee;
2. Plaintiff's motion for a civil subpoena (Doc. No. 11) is denied as moot; and
3. The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated: **August 16, 2018**　　　　　　　　　/s/ Dale A. Drozd
　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

1